AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States | ) |
| Plaintiff | ) |
| v. | ) Case No. 19-518 |
| Dr. Neil K. Anand | ) |
| Defendant | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Dr. Neil K. Anand

Date:   03/06/2020

*Attorney's signature*

Randall P. Hsia, ID No. 203032
*Printed name and bar number*
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103

*Address*

rhsia@schnader.com
*E-mail address*

(215) 751-2000
*Telephone number*

(215) 751-2205
*FAX number*