# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| NEIL K. ANAND | : | NO. 19-518-1 |

## O R D E R

**AND NOW**, this 20th day of May, 2020, upon consideration of Defendant Neil K. Anand's Motion to Modify Conditions of Pretrial Release (Doc. No. 89) and the Government Response in Opposition (Doc. No. 91), the Motion **DENIED.**

BY THE COURT:

  /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge