# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **NEIL K. ANAND** *et al.* | : | No. 19-518 |

## O R D E R

**AND NOW**, this 15th day of August, 2022, upon consideration of Defendant Neil Anand's Motion to Dismiss the Indictment (Doc. No. 118), the Government Prosecution Team's Response in Opposition (Doc. No. 121), and the Government Filter Team's Supplemental Response (Doc. No. 122), for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Mr. Anand's Motion (Doc. No. 118) is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**