IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **NEIL K. ANAND,** *et al.* | : | **No. 19-518** |

## ORDER

**AND NOW**, this 7th day of October, 2022, upon consideration of Defendant Neil K. Anand's Motion to Dismiss Indictment for Failure to State an Offense (Doc. No. 94), the Government's Response in Opposition to the Defendant's Motion to Dismiss the Indictment (Doc. No. 97), Mr. Anand's Motion for Bill of Particulars (Doc. No. 93), and the Government's Response to Defendant Neil K. Anand's Motion for a Bill of Particular (Doc. No. 96), it is hereby **ORDERED** that Mr. Anand's motion to dismiss the indictment (Doc. No. 94) and Mr. Anand's motion for a bill of particulars (Doc. No. 93) are **DENIED**.

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE