IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| NEIL K. ANAND, *et al.* | : | No. 19-518 |

### ORDER

**AND NOW**, this 17th day of October, 2022, upon consideration of Defendant Neil K. Anand's Motion to Modify Protective Order (Doc. No. 103) and the Government's Response to Defendant Neil K. Anand's Motion to Modify Protective Order (Doc. No. 104), it is hereby **ORDERED** that Mr. Anand's Motion to Modify Protective Order (Doc. No. 103) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE