# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 19-518-1 |
| | : |
| NEIL K. ANAND | : |
| | : |

## ORDER

**AND NOW**, this **22nd** day of **October 2024**, upon review of the Government's Motion in Limine to Exclude the Proffered Testimony of Dr. James P. Murphy (ECF No. 434) and Defendant Anand's Response (ECF No. 459), it is hereby **ORDERED** that the Motion is **DENIED**.[1]

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

[1] Dr. Murphy's testimony is relevant and based upon reliable sources.