IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

|  | : | CRIMINAL ACTION |
| v. | : | |
|  | : | No. 19-cr-518-1 |

NEIL K. ANAND

### **ORAL MOTION AND ORDER**

AND NOW, this 9th day of April 2025, upon consideration of the defendant's oral motion for acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure, it is hereby **ORDERED** that the motion is **DENIED**.  Additional written order(s) shall follow.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, J.