## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 19-CR-518 |
| | : | |
| NEIL K. ANAND | : | |
| | : | |

## ORDER

**AND NOW**, this **8th** day of **September 2025**, upon review of the First Motion to Withdraw (ECF No. 653), the Second Motion to Continue Sentencing (ECF No. 654), the Pro Se Notice of Termination of Counsel, Trial Transcript Deficiencies, and Request for Interim Relief (ECF No. 657), the Government's Response to the Motion to Continue (ECF No. 658), the Pro Se Reply in Support of the Motion to Continue Sentencing (ECF No. 661), and in consideration of all argument, statements, and representations made on the record at the September 4 Motions Hearing, it is hereby **ORDERED** as follows:

1. The Motion to Withdraw (ECF No. 653) and Pro Se Notice of Termination of Counsel, Trial Transcript Deficiencies, and Request for Interim Relief (ECF No. 657) are **DENIED**.

2. The Motion to Continue (ECF No. 654) is **GRANTED** to the extent that a continuance is requested generally.  The Sentencing Hearing will take place on **September 23, 2025** at 9:00 a.m. in Courtroom 11B as previously conveyed.  *See* ECF No. 664.

3. Counsel for Defendant Anand shall file proposed redactions to the Memorandum Opinion with this Court by **September 15, 2025**.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**