[Clerks Office Only]

Name:

Neil Anand

Email Address:

cardiacgasman@gmail.com

Phone Number

267-934-9784

Are you filing a new case?

No, I'm not filing a new case.

Case Caption

United States v. Neil Anand

Case Number

Case No. 2:19-cr-00518

Description of Document(s)

NOTICE OF INTERLOCUTORY APPEAL, EMERGENCY MOTION FOR RECONSIDERATION, EMERGENCY MOTION FOR STAY OF SENTENCING PENDING APPEAL, 6 Exhbits

Terms of Submission

Yes

Do you have a mailing address?

Yes

Select 'Yes' if you do not have a mailing address.

Mailing Address Line 1

1313 Cheltenham Drive

Mailing Address Line 2

City:

Bensalem

State:

PA

Zip Code:

**19020**

**Other**

Hide empty values