IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO. 19-518-1** |
| : | |
| **NEIL K. ANAND** : | |
| : | |

# ORDER

**AND NOW**, this **22nd** day of **September 2025**, upon review of the (1) *Pro Se* Emergency Motion for Stay of Sentencing Pending Appeal (ECF No. 669); (2) *Pro Se* Motion for Reconsideration and Request for Limited Pro Se Authority to Preserve Constitutional Rights (ECF No. 670); (3) *Pro Se* Motion for Certificate of Appealability and Permission to File Interlocutory Appeal from Orders Denying Termination of Counsel (ECF No. 671), and (4) *Pro Se* Comprehensive Motion to Dismiss the Indictment With Prejudice and Response to Government's Sentencing Memorandum (ECF No. 678), it is hereby **ORDERED**, for the reasons stated in the accompanying memorandum opinion, that the Motions (ECF Nos. 669, 670, 671, and 678) are **DENIED**.

The Clerk of Court is **DIRECTED** to **SEAL** the filing at ECF No. 678, as it contains medical records.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**