IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 19-518-1 |
| | : |
| NEIL K. ANAND | : |
| | : |

# ORDER

**AND NOW**, this **6th** day of **November 2025**, upon consideration of Defendant Anand's Pro Se Emergency Motion to Compel Production of Judicial Log, Internal Circulation Memoranda, Draft Orders, and Associated Metadata to Preserve Due Process and the Integrity of Judicial Proceedings (ECF No. 698), Defendant Anand's Pro Se Second Motion for a New Trial (ECF No. 706), the United States' Response to ECF No. 706 (ECF No. 707), and Defendant's Pro Se Consolidated Reply in Support of His Pro Se Motion for a New Trial and Notice of Supreme Court Mandamus Proceedings (ECF No. 708), and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motions (ECF Nos. 698, 706) are **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, JUDGE