IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 19-518-1** |
| : | |
| **NEIL K. ANAND** : | |
| : | |

## ORDER

**AND NOW**, this **26th** day of **December 2025**, upon consideration of the Defendant's Claim of Exemptions, Objection to Writ of Garnishment and Motion for Evidentiary Hearing (the "Defendant's Motion") (ECF No. 720), and the Government's Response of United States of America to Defendant's Objections to Writ of Garnishment and Motion for Evidentiary Hearing to Consider Restitution Amount (ECF No. 725), it is hereby **ORDERED** as follows:

1. The Defendant's request for a stay of enforcement pending his appeal is **DENIED**;

2. The Defendant's claim of exempt property, and request for a hearing to consider the claimed exemptions under 28 U.S.C. § 3202(d) are **DENIED**;

3. The Court will **OVERRULE** the Defendant's objections to the Writ of Garnishment, and **DENY** the request for a hearing under 28 U.S.C. § 3205(c)(5);

4. The Defendant's Motion requesting a hearing under 18 U.S.C. § 3664(e) to allow him to present additional evidence to contest the amount of restitution imposed in this case is **DENIED**;

5. The Defendant's request for authorization to subpoena Independence Blue Cross, Medicare, and Anthem for records is **DENIED**;

2

6.  The Clerk of the Court shall provide a certified copy of this Order to counsel for the Government (Attn: Joseph F. Minni, Assistant U.S. Attorney) for service upon the garnishee;

7.  The Clerk of the Court shall retain on deposit in its accounts any funds recovered from the garnishee, Navy Federal Credit Union, pending further order from this Court.

                    **BY THE COURT:**

                    /s/ Chad F. Kenney

                    **CHAD F. KENNEY, JUDGE**