IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 19-518-1 |
| | : | |
| NEIL K. ANAND | : | |
| | : | |

## ORDER

**AND NOW**, this **29th** day of **December 2025**, upon consideration of the Government's Motion of United States of America to Pay Criminal Monetary Penalties with Bail Deposit (the "Government's Motion") (ECF No. 686), the Defendant's Response in Opposition to Government's Motion to Apply Cash Bail to Criminal Monetary Penalties (ECF Nos. 699, 701), the Defendant's Request for Return of Cash Bail on behalf of the Institute of Advanced Medicine and Surgery ("IAMS") (ECF No. 700 at 1), the Request for Return of Cash Bail by Ashok Anand and Nina Anand (ECF No. 700 at 2), the Government's Response of United States of America to Requests for Return of Cash Bail (ECF No. 702), Ashok K. Anand's Application for Return of Cash Bail (ECF No. 718), Ashok K. Anand's Amended Application for Return of Cash Bail (ECF No. 719), and the Government's Response of United States of America to Applications of Ashok K. Anand and Nina Anand for Return of Cash Bail (ECF No. 728), it is hereby **ORDERED** as follows:

1. The Government's Motion (ECF No. 686) is **GRANTED IN PART** as to the $100,000.00 of cash bail that was claimed by Ashok and Nina Anand, but that the Court finds belongs to Defendant Neil Anand. The Court **DEFERS FURTHER DECISION IN PART** on the Government's Motion (ECF No. 686) as to the $100,000.00 of cash bail claimed by the Defendant on behalf of IAMS.

2. The Defendant's Request for Return of Cash Bail on behalf of IAMS (ECF No. 700 at 1) is **DENIED WITHOUT PREJUDICE**, and may be renewed by licensed counsel should counsel appear on behalf of IAMS and file a renewed request for the return of $100,000.00 of cash bail, on or before **June 29, 2026**.  **If licensed counsel does not appear on behalf of IAMS and file a renewed request for return of bail on or before June 29, 2026, IAMS will be deemed to have waived any claim of ownership of the $100,000.00 of cash bail.**

3. Ashok K. Anand's Amended Application for Return of Cash Bail (ECF No. 719) is **DENIED**.

4. Ashok K. Anand's Application for Return of Cash Bail (ECF No. 718) is **DENIED** as moot.

5. The Request for Return of Cash Bail by Ashok Anand and Nina Anand (ECF No. 700 at 2) is **DENIED** as moot.

6. The Clerk of the Court shall continue to retain the $200,000.00 of cash bail posted on the Defendant's behalf in its official accounts pending further order from this Court.

        **BY THE COURT:**

        /s/ Chad F. Kenney

        **CHAD F. KENNEY, JUDGE**