## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 19-518-1** |
| | : | |
| **NEIL K. ANAND** | : | |
| | : | |

### ORDER

**AND NOW**, this **2nd** day of **March 2026**, upon consideration of Ashok Anand's Motion for Reconsideration of Order Denying Return of $100,000 in Cash Bail (the "Motion for Reconsideration") (ECF No. 734), the Government's Response of United States of America to Motion for Reconsideration of Order Denying Return of $100,000 in Cash Bail (ECF No. 741), and the Government's Supplemental Memorandum in Response to Motion for Reconsideration of Order Denying Application for Return of Cash Bail (ECF No. 759), it is hereby **ORDERED** that the Motion for Reconsideration (ECF No. 734) is **DENIED** for the reasons stated in the accompanying memorandum opinion.

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**