### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 19-518-1** |
| | : | |
| **NEIL K. ANAND** | : | |
| | : | |

### ORDER

**AND NOW**, this **29th** day of **April 2026**, upon consideration of Defendant's *Pro Se* Motion for Release of Records (the "Motion") (ECF No. 780), and the docket, it is hereby **ORDERED** that Defendant's Motion (ECF No. 780) is **DENIED** for the reasons stated in the accompanying memorandum opinion.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**