**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 19-518-1** |
| | : | |
| **NEIL K. ANAND** | : | |
| | : | |

# ORDER

**AND NOW**, this **16th** day of **September 2026**, upon consideration of the Government's Motion of United States of America to Pay Criminal Monetary Penalties with Bail Deposit (the "Government's Motion") (ECF No. 686), the Government's Supplemental Memorandum in Support of Motion to Apply Cash Bail (ECF No. 815), Defendant's *pro se* Response to the Government's Supplemental Memorandum in Support of Motion to Apply Cash Bail (ECF No. 822), and the docket, it is hereby **ORDERED** as follows:

1. The Government's Motion (ECF No. 686) is **GRANTED** as to the $100,000.00 of bail remitted by IAMS that the Court previously deferred ruling on, *see* ECF No. 732, for the reasons stated in the accompanying Memorandum Opinion. The Court will allow the Government to apply this portion of bail towards payment of Defendant's criminal monetary penalties, in addition to the portion that the Court previously ruled upon.
2. The Clerk of Court shall continue to retain the entire $200,000.00 of cash bail posted on Defendant's behalf in its official accounts pending further order from this Court.
3. The Clerk of Court is **DIRECTED** to mail a copy of this Order and the accompanying Memorandum Opinion to Defendant at FCI Danbury.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**