**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 19-518-1** |
| | : | |
| **NEIL K. ANAND** | : | |

# ORDER

**AND NOW**, this **28th** day of **September 2026**, upon consideration of Defendant's *pro se* Second Motion for Disclosure of Grand Jury Transcripts Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i) (the "Defendant's Motion") (ECF No. 819), the United States' Response to Defendant's *Pro Se* Motion for Disclosure of Grand Jury Transcripts (ECF No. 823), Defendant's *pro se* Reply to the United States' Response to Defendant's Second Motion for Disclosure of Grand Jury Transcripts Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i) (ECF No. 828), and the docket, it is hereby **ORDERED** as follows:

1. Defendant's Motion (ECF No. 819) is **DENIED** for the reasons stated in the accompanying Memorandum Opinion.
2. The Clerk of Court is **DIRECTED** to mail a copy of this Order and the accompanying Memorandum Opinion to Defendant at FCI Danbury.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**