**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 19-518-1** |
| | : | |
| **NEIL K. ANAND** | : | |

**ORDER**

**AND NOW**, this **28th** day of **September 2026**, upon consideration of Defendant's *pro se* Urgent Motion for Disclosure of the Government's Use of Algorithmic and Statistical Analytics in the Investigation and Prosecution of This Case, or, in the Alternative, for an Indicative Ruling Under Federal Rule of Criminal Procedure 37 (the "Defendant's Motion") (ECF No. 824), and the United States' Response to Defendant's *Pro Se* Motion for Disclosure of the Government's Use of Algorithmic and Statistical Analytics (the "Response") (ECF No. 830), it is hereby **ORDERED** as follows:

1. Defendant's Motion (ECF No. 824) is **DENIED** for the reasons stated in the accompanying Memorandum Opinion.
2. The Clerk of Court is **DIRECTED** to mail a copy of this Order and the accompanying Memorandum Opinion to Defendant at FCI Danbury.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**