**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 19-518-1** |
| | : | |
| **NEIL K. ANAND** | : | |

**ORDER**

**AND NOW**, this **23rd** day of **October 2026**, upon consideration of Defendant's *pro se* Motion to Compel Complete Disclosure of the Government's Use of Algorithmic and Statistical Analytics in the Investigation and Prosecution of Criminal Defendant Dr. Neil K. Anand (the "Motion") (ECF No. 849), it is hereby **ORDERED** as follows:

1. Defendant's Motion (ECF No. 849) is **DENIED** for the reasons stated in the accompanying Memorandum Opinion.
2. The Clerk of Court is **DIRECTED** to mail a copy of this Order and the accompanying Memorandum Opinion to Defendant at FCI Danbury.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**