**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 19-518-1** |
| | : | |
| **NEIL K. ANAND** | : | |

**ORDER**

**AND NOW**, this **23rd** day of **November 2026**, upon consideration of Defendant's *pro se* Motion for an Indicative Ruling Under Fed. R. Crim. P. 37 on His Renewed Motion for an Evidentiary Hearing and Disclosure Concerning Government Exhibit 856 (the "Motion") (ECF No. 852), the United States' Response to Neil K. Anand's *Pro Se* Motion for Indicative Ruling on His Renewed Motion for an Evidentiary Hearing and Disclosure Concerning Government Exhibit 856 (ECF No. 855), and the docket, it is hereby **ORDERED** as follows:

1. Defendant's Motion (ECF No. 852) is **DENIED** for the reasons stated in the accompanying Memorandum Opinion.
2. The Clerk of Court is **DIRECTED** to mail a copy of this Order and the accompanying Memorandum Opinion to Defendant at FCI Danbury.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**